FILED
JAN 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Ismael HERNANDEZ-Carrillo, Defendant. | Magistrate Case No.: '08 MJ 8035<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled<br>Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about January 19, 2008,, within the Southern District of California, defendant Ismael HERNANDEZ-Carrillo did knowingly and intentionally import approximately 33.94 kilograms (74.80 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U. S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22ND DAY OF JANUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

I, Special Agent William Steele, declare under penalty of perjury, the following is true and correct:

On January 19, 2008, at approximately 9:59 A.M., Ismael HERNANDEZ-Carrillo attempted to enter into the United States at the Calexico, California, East Port of Entry, from the Republic of Mexico. HERNANDEZ was the driver and sole occupant of a 1999 Chevrolet Tahoe.

At primary inspection, Customs and Border Protection Officer D. Morgan referred the vehicle to secondary inspection.

At the secondary inspection lot, Canine Enforcement Officer Anzaldo utilized his assigned Narcotics Detection Dog, Zorro, to screen the vehicle. Officer Anzaldo received an alert from Zorro. An intensive inspection revealed 30 packages concealed in a specially built compartment in the rear of the vehicle. One package was probed and produced a white powdery substance, which field-tested positive for cocaine.

HERNANDEZ was arrested and advised of his Miranda Rights using a Miranda Rights Form. HERNANDEZ waived his right to an attorney and admitted knowledge of something illegal being concealed in the vehicle.

HERNANDEZ were transported to the Imperial County Jail to await his Initial Appearance before a U. S. Magistrate Judge in El Centro, California.

Executed on __1-19-2008__ (date) at __1935 hrs__ (time)

_____
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of __1__ pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on __1/19/08__ in violation of Title __21__, United States Code, Section(s) __952 & 960__.

_____
United States Magistrate Judge

Date/Time __1/19/08 @ 7:49 a.m.__