```
                                                    FILED

                                                  08 JAN 30 PM 4:40

                                                  ...

                                               BY:          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0252 JM |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| ISMAEL HERNANDEZ-CARRILLO, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute. |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about January 19, 2008, within the Southern District of California, defendant ISMAEL HERNANDEZ-CARRILLO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 33.94 kilograms (74.80 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CPH:fer:Imperial
1/25/08

<u>Count 2</u>

On or about January 19, 2008, within the Southern District of California, defendant ISMAEL HERNANDEZ-CARRILLO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 33.94 kilograms (74.80 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney